BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA M. ROACH (254142)
701 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 338-1100
Facsimile: (619) 338-1101
tblood@bholaw.com
toreardon@bholaw.com
proach@bholaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. DREMAK, On Behalf of Himself and All Others Similarly Situated,, <br><br> Plaintiff, <br><br> v. <br><br> SEAWORLD PARKS AND ENTERTAINMENT, INC., <br><br> Defendant. | Case No.: 3:13-cv-00313-AJB-RBB <br><br> **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** <br><br> Judge: Anthony J. Battaglia <br> Courtroom: 12 <br><br> Complaint Filed: December 5, 2012 |

Case No. 3:13-cv-00313-AJB-RBB
STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff, Andrew Dremak, and Defendant, Sea World Parks & Entertainment, Inc., through their undersigned counsel, that the above-captioned action is voluntarily dismissed, with prejudice against the Defendant pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), each side to bear their own costs.

Dated: April 15, 2013

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA M. ROACH (254142)

By:   */s/ Thomas J. O'Reardon II*
THOMAS J. O'REARDON II

701 B Street, Suite 1700
San Diego, CA  92101
Telephone: (619) 338-1100
Facsimile: (619) 338-1101
tblood@bholaw.com
toreardon@bholaw.com
proach@bholaw.com

*Attorneys for Plaintiff*

Dated: April 15, 2013

DUANE MORRIS LLP
PAUL S. ROSENLUND (87660)

By:   */s/ Paul S. Rosenlund*
PAUL S. ROSENLUND

One Mark Plaza, Suite 2200
San Francisco, CA 94105
Telephone: (415) 957-3000
Facsimile: (415) 3001
prosenlund@duanemorris.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

Executed on April 15, 2013.

/s/ *Thomas J. O'Reardon II*
THOMAS J. O'REARDON II

BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/338-1100
619/338-1101 (fax)
toreardon@bholaw.com