UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. DREMAK, On behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>SEA WORLD PARKS AND ENTERTAINMENT, INC.,<br><br>                Defendants. | Case No.13cv0313 AJB (RBB)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS<br><br>(Doc. No. 5) |

    Pursuant to the Stipulation filed by the parties in the above entitled action, the Court hereby grants dismissal of this case, with prejudice. Each side will bear their own costs.

IT IS SO ORDERED.

DATED: April 16, 2013

                                              Hon. Anthony J. Battaglia
                                              U.S. District Judge